UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797
215/597-1178

January 9, 2003

**NOTICE OF HEARING:**

RE:    United States v. One Hundred Twenty-Seven Thousand Dollars
       Civil Action No. 02-2878

Dear Counsel:

   Please be advised that a hearing is scheduled on the Government's Motion for Further Stay of Proceedings.  The hearing will be held on January 22, 2003 at 2:30 p.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                        Very truly yours,


                                        Gerrie M. Keane
                                        Deputy Clerk to Judge Padova

To:
Anne Whatley Chain
Richard M. Meltzer