IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| ONE HUNDRED TWENTY-SEVEN | : | |
| THOUSAND DOLLARS | : | NO. 02-2878 |

O R D E R

_____AND NOW, this 25th day of October, 2005, inasmuch as this matter is in Civil Suspense, IT IS HEREBY ORDERED that the plaintiff shall file a status report on this matter on or before November 7, 2005.

BY THE COURT:

_____
JOHN R. PADOVA,   J.