IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | |
| Plantiff, | : | Civil Action No. 02-2878 |
| | : | |
| v. | : | |
| One Hundred Twenty-Seven Thousand Dollars ($127,000) In United States Currency, | : | |
| Defendant. | : | |

## STIPULATION FOR VOLUNTARY DISMISSAL

AND NOW, this 31st day of January, 2006, it is hereby agreed by and between the undersigned, who are all of the parties who have entered an appearance in the above entitled action, that said action may be dismissed with prejudice pursuant to Local Rule 41.1(b) and without costs to the United States.

PATRICK L. MEEHAN
United States Attorney

_____
ANNE WHATLEY CHAIN
Assistant United States Attorney

_____
HOWARD L. GLETT, ESQUIRE
Counsel for Claimants Thai Duc
Luu and Thi Tien Lieu