```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :      CIVIL ACTION
                              :
        vs.                   :
                              :      NO. 02-2878
ONE HUNDRED TWENTY-SEVEN      :
THOUSAND DOLLARS, ET AL       :
```

O R D E R

AND NOW, this 17th day of February, 2006, in view of the Stipulation of Dismissal filed by Plaintiffs (Doc. No. 13), IT IS HEREBY ORDERED that this matter shall be removed from Civil Suspense and marked CLOSED.

**BY THE COURT**

s/John R. Padova

_____

John R. Padova             J.